**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-24825

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ben L. Allen and Jill M. Allen<br><br>　　　　Debtors.<br><br>Central Mortgage Company<br><br>　　　　Movant,<br>vs.<br><br>Ben L. Allen and Jill M. Allen, Debtors; Andrew S. Nemeth, Trustee.<br><br>　　　　Respondents. | No. 2:10-bk-27471-CGC<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>20199 East Calle De Flores<br>Queen Creek, AZ 85242 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 10th day of September, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

MEMORANDUM OF POINTS AND AUTHORITIES

Ben L. Allen and Jill M. Allen filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Andrew S. Nemeth was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

Lot Forty Nine (49), OF TERRARANCH AT QUEEN CREEK, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 554 of Maps, Page 40; and Affidavit of Correction, and Ratification as Document No. 2001-0129171, records of Maricopa County, Arizona.

Debtors executed a Note secured by a Deed of Trust, dated October 22, 2004, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

Debtors are in default on the obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after January 1, 2010.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Movant is informed and believes and therefore alleges that the Debtors and the bankruptcy estate have no equity in the property. Pursuant to Debtors' Statement of Intentions the debtors intend on

surrendering the title and possession interest in the subject property. A true and correct copy of the Debtors' Statement of Intention is attached hereto as Exhibit "D".

Debtors are currently in default and contractually due for January 1, 2010.

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 20199 East Calle De Flores Queen Creek, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 10th day of September, 2010.

                                                 TIFFANY & BOSCO, P.A.

                                                 By  /s/ MSB # 010167
                                                         Mark S. Bosco
                                                         Leonard J. McDonald
                                                         2525 East Camelback Road, Suite 300
                                                         Phoenix, Arizona 85016
                                                         Attorneys for Movant