**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-24825

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ben L. Allen and Jill M. Allen<br>      Debtors.<br>_____<br>Central Mortgage Company<br>      Movant,<br>  vs.<br>Ben L. Allen and Jill M. Allen, Debtors, Andrew S. Nemeth, Trustee.<br>      Respondents. | No. 2:10-bk-27471-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 22, 2004 and recorded in the office of the Maricopa County Recorder wherein Central Mortgage Company is the current beneficiary and Ben L. Allen and Jill M. Allen have an interest in, further described as:

> Lot Forty Nine (49), OF TERRARANCH AT QUEEN CREEK, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 554 of Maps, Page 40; and Affidavit of Correction, and Ratification as Document No. 2001-0129171, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.